IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILLIP JEROME MURPHY, | No. 4:22-CV-00370 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| WARDEN R. THOMPSON, | |
| Respondent. | |

## ORDER

**AND NOW**, this 14th day of October 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Petitioner Phillip Jerome Murphy's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** for lack of subject matter jurisdiction.

2. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge